IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARVIN LOVE**                                                                               **PLAINTIFF**

**VS.**                        **CASE NO. 4:09CV00043 JMM**

**ERIC H. HOLDER, JR.,**
**ATTORNEY GENERAL,**
**UNITED STATES DEPARTMENT OF JUSTICE, ET AL.**          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this   29   day of October, 2009.

_____
James M. Moody
United States District Judge